IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRIS CHIVIRA                                                                                     PLAINTIFF

V.                          CASE NO. 4:11CV00903 SWW/BD

FAULKNER COUNTY DETENTION CENTER, et al.                           DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright.  Mr. Chivira – or any party – may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

      Mail objections and "Statements of Necessity" to:

      Clerk, United States District Court
      Eastern District of Arkansas
      600 West Capitol Avenue, Suite A149
      Little Rock, AR 72201-3325

**II.**   **Discussion**

On December 21, 2011, Plaintiff Chris Chivira, once an inmate in the Faulkner County Detention Center, filed a complaint under 42 U.S.C. § 1983. (Docket entry #2) An Order was entered on December 22, 2011, granting Mr. Chivira's motion for leave to proceed *in forma pauperis*, but directing him to file, within 30 days, an amended complaint clarifying his constitutional claims.

The time for filing an amended complaint has passed, and Mr. Chivira has not complied with the December 22, 2011 Order. Mr. Chivira was warned that failure to comply with the Court's Order could result in dismissal of his case.

Further, it appears that Mr. Chivira is no longer being housed at the Faulkner County Detention Center, as evidenced by mail returned to the court as undeliverable. (#6) Mr. Chivira was specifically notified of his responsibility to notify the Court of any change of address, as required Local Rule 5.5(c)(2). (# 4) In spite of this warning, he has failed to notify the Court of his new address.

**III.** **Conclusion**

Because Mr. Chivira has not complied with the Court's Order and has failed to notify the Court of his new address, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 27th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE