**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHRIS CHIVIRA**                                                                 **PLAINTIFF**

**V.**                                **CASE NO. 4:11CV00903 SWW/BD**

**FAULKNER COUNTY DETENTION CENTER, et al.**                  **DEFENDANTS**

<u>**ORDER**</u>

     The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge  Beth Deere.  No objections to the Recommendation have been filed.  The Recommendation should be, and hereby is, approved and adopted in all respects.

     Mr. Chivira's Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of December 22, 2011 and failure to notify the Court of his new address.

     IT IS SO ORDERED this 24th day of February, 2012.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE