# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRIS CHIVIRA**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:11CV00903 SWW/BD**

**FAULKNER COUNTY DETENTION CENTER, et al.**                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of February, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE